858

certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. H. Hoppe* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell* and *Miss Ruth Weyand* for respondent.

No. 928. HINES, ADMINISTRATRIX, ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD CO. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Fred B. Greear* and *George P. Cridlin* for petitioners. *Mr. Ernest Woodward* for respondent.

No. 933. NATIONAL MEMORIAL PARK, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Llewellyn A. Luce* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch* and *Ernest R. Mortenson* for respondent.

No. 949. UNITED STATES *v.* MONTGOMERY WARD & CO., INC. ET AL. March 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied for the reason that application has been made prior to judgment of the Circuit Court of Appeals. *Solicitor General Fahy* for the United States. *Messrs. Stuart S. Ball, John A. Barr, Harold A. Smith, Guy A. Gladson* and *Arthur D. Welton* for respondents.

No. 848. HOLT ET AL. *v.* BARNESVILLE FARMERS ELEVATOR CO. March 12, 1945. Petition for writ of certiorari